ALBANY,
Dec. 1833.

New-York
State Bank
v.
Wood.

---

### New-York State Bank *vs.* Wood.

*An attorney, sued by declaration under the statute, is entitled to notice of subsequent proceedings, the same as if sued by bill.*

December 5. THE defendant, on an affidavit that he was a practising attorney of this court at the commencement of this suit, which was by the filing and service of a declaration under the statute, and had not been served with a notice of assessment or inquiry, moved to set aside all proceedings subsequent to the default, it appearing that an execution had issued.

*By the Court,* SUTHERLAND, J. Notwithstanding that the defendant was not sued as an attorney by bill, being a practising attorney at the commencement of the suit, he was entitled to notice of the proceedings subsequent to the declaration.

Motion granted.